### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD., FTX TRADING LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC., | |
| Plaintiffs, | Adv. Pro. No. 23-50145 (JTD) |
| -against- | |
| FTX DIGITAL MARKETS LTD., BRIAN C. SIMMS, KEVIN G. CAMBRIDGE, and PETER GREAVES, and J. DOES 1–20 | |
| Defendants. | |

### SUMMONS AND NOTICE OF PRETRIAL
### CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within thirty (30) days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within thirty-five (35) days.

Address of Clerk:

United States Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiffs' attorneys.

Name and Address of Plaintiff's attorneys:

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

**LANDIS RATH & COBB LLP**
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       mcguire@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       kranzleya@sullcrom.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address: | United States Bankruptcy Court | Room: |
|---|---|---|
| | **824 Market Street** | **5th Floor, Courtroom No. 5** |
| | **Wilmington, DE 19801** | |
| | | **Date and Time:** |
| | | **May 17, 2023 at 1:00 p.m. (ET)** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy**
  **Court for the District**
    **of Delaware**                                */s/ Una O'Boyle*
Dated: March 22, 2023                                *Clerk of the Bankruptcy Court*

{1368.002-W0070307.}

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD., FTX TRADING LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC., | |
| Plaintiffs, | Adv. Pro. No. 23-50145 (JTD) |
| -against- | |
| FTX DIGITAL MARKETS LTD., BRIAN C. SIMMS, KEVIN G. CAMBRIDGE, and PETER GREAVES, and J. DOES 1–20 | |
| Defendants. | |

## NOTICE OF DISPUTE RESOLUTION ALTERNATIVES

As party to litigation you have a right to adjudication of your matter by a judge of this Court. Settlement of your case, however, can often produce a resolution more quickly than appearing before a judge. Additionally, settlement can also reduce the expense, inconvenience, and uncertainty of litigation.

There are dispute resolution structures, other than litigation, that can lead to resolving your case. Alternative Dispute Resolution (ADR) is offered through a program established by this Court. The use of these services are often productive and effective in settling disputes. **The purpose of this Notice is to furnish general information about ADR.**

The ADR structures used most often are mediation, early-neutral evaluation, mediation/arbitration and arbitration. In each, the process is presided over by an impartial third

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

party, called the "neutral."

In mediation and early neutral evaluation, an experienced neutral has no power to impose a settlement on you. It fosters an environment where offers can be discussed and exchanged. In the process, together, you and your attorney will be involved in weighing settlement proposals and crafting a settlement. The Court in its Local Rules requires all ADR processes, except threat of a potential criminal action, to be confidential. You will not be prejudiced in the event a settlement is not achieved because the presiding judge will not be advised of the content of any of your settlement discussions.

Mediation/arbitration is a process where you submit to mediation and, if it is unsuccessful, agree that the mediator will act as an arbitrator. At that point, the process is the same as arbitration. You, through your counsel, will present evidence to a neutral, who issues a decision. If the matter in controversy arises in the main bankruptcy case or arises from a subsidiary issue in an adversary proceeding, the arbitration, though voluntary, may be binding. If a party requests *de novo* review of an arbitration award, the judge will rehear the case.

**Your attorney can provide you with additional information about ADR and advise you as to whether and when ADR might be helpful in your case.**

Dated: March 22, 2023                                   */s/ Una O'Boyle*
                                                        Clerk of Court

## CERTIFICATE OF SERVICE

I, Brittany Hambleton, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made on March 22, 2023 by:

☒   Mail Service: Regular, first-class United States mail, postage fully pre-paid, and Federal Express, International, fully pre-paid pursuant to Fed. R. Civ. P. 4(f)(1) and 4(f)(2)(C)(ii), addressed to:

> *See Exhibit A*

☒   Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

> *See Exhibit A*

☐   Residence Service: By leaving the process with the following adult at:

☐   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐   State Law: The defendant was served pursuant to the laws of the State of

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 3/24/2023                         *Brittany Hambleton*
                                        Signature

Print Name: Brittany Hambleton

Business Address: 230 N. Market Street

City: Wilmington     State: DE     Zip: 19801

# Exhibit A

| Via Hand Delivery | Via First-Class Mail |
|---|---|
| Kevin Gross<br>Paul N. Heath<br>David T. Queroli<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801 | Jessica C. Lauria<br>J. Christopher Shore<br>Brian D. Pfeiffer<br>Mark Franke<br>Brett Bakemeyer<br>WHITE & CASE LLP<br>1221 Avenue of the Americas<br>New York, New York 10020-1095 |
| Via International Federal Express | Via International Federal Express |
| FTX Digital Markets Ltd.<br>Building 27<br>Veridian Corporate Centre West Bay Street<br>Nassau, N.P. The Bahamas | FTX Digital Markets Ltd.<br>c/o Brian C. Simms<br>Building 27<br>Veridian Corporate Centre West Bay Street<br>Nassau, N.P. The Bahamas |
| Via International Federal Express | Via International Federal Express |
| FTX Digital Markets Ltd.<br>6182 9799 9636<br>c/o Kevin G. Cambridge<br>Building 27<br>Veridian Corporate Centre West Bay Street<br>Nassau, N.P. The Bahamas | FTX Digital Markets Ltd.<br>6182 9799 9647<br>c/o Peter Greaves<br>Building 27<br>Veridian Corporate Centre West Bay Street<br>Nassau, N.P. The Bahamas |
| Via International Federal Express | Via International Federal Express |
| Brian C. Simms<br>Lenox Paton<br>3 Bayside Executive Park<br>Nassau, N.P., The Bahamas | Kevin G. Cambridge<br>PricewaterhouseCoopers<br>2 Bayside Executive Park<br>West Bay Street & Blake Road<br>Nassau, The Bahamas |
| Via International Express Mail | |
| Peter Greaves<br>PricewaterhouseCoopers<br>GPO Box 690<br>Hong Kong | |