## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD., FTX TRADING LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC.,<br><br>　　　　　　　Plaintiffs,<br><br>　　　-against-<br><br>FTX DIGITAL MARKETS LTD., BRIAN C. SIMMS, KEVIN G. CAMBRIDGE, and PETER GREAVES, and J. DOES 1–20<br><br>　　　　　　　Defendants. | Adv. Pro. No. 23-50145 (JTD)<br><br><br>**Re: Adv. Docket Nos. 1, 3 & 4** |

## MOTION OF FTX DIGITAL MARKETS LTD. AND THE JOINT PROVISIONAL LIQUIDATORS TO DISMISS THE COMPLAINT OR, IN THE ALTERNATIVE, TO ABSTAIN FROM RULING ON COUNTS I-IV

FTX Digital Markets Ltd. ("**FTX Digital**"), Brian C. Simms KC, Kevin G. Cambridge, and Peter Greaves, in their capacity as the duly appointed joint provisional liquidators of FTX Digital and foreign representatives of the Provisional Liquidation of FTX Digital (the "**JPLs**" and, together with FTX Digital, the "**Defendants**"), submit this motion (the "**Motion**") requesting that the Court (i) dismiss the entirety of the complaint [Adv. Docket No. 1] (the "**Complaint**") filed in

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Chapter 11 Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

the above captioned adversary proceeding by Alameda Research LLC, Alameda Research Ltd., FTX Trading Limited, West Realm Shires, Inc., and West Realm Shires Services, Inc., or (ii) in the alternative, abstain from ruling on Counts I-IV of the Complaint pursuant to 28 U.S.C. § 1334(c).  In support of this Motion, the Defendants rely upon the accompanying *Memorandum in Support of Motion of FTX Digital Markets Ltd. and the Joint Provisional Liquidators to Dismiss the Complaint or, in the Alternative, to Abstain from Ruling on Counts I-IV* (the "**Memorandum**"), filed contemporaneously herewith.

Pursuant to Rule 7012 and Local Rule 7012-1, the Defendants consent to the entry of a final order or judgment by the Court in connection with this Motion if it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

WHEREFORE, for the reasons set forth in the Memorandum, the Defendants respectfully request that the Court grant this Motion and enter an order substantially in the form attached hereto as **<u>Exhibit A</u>** dismissing the Complaint in its entirety with prejudice and granting any such other and further relief as the Court deems just and proper.

2

Dated: May 8, 2023
Wilmington, Delaware

*/s/ Kevin Gross*

**RICHARDS, LAYTON & FINGER, P.A.**
Kevin Gross (No. 209)
Paul N. Heath (No. 3704)
Brendan J. Schlauch (No. 6115)
David T. Queroli (No. 6318)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
gross@rlf.com
heath@rlf.com
schlauch@rlf.com
queroli@rlf.com

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
J. Christopher Shore (admitted *pro hac vice*)
Brian D. Pfeiffer (admitted *pro hac vice*)
Ashley R. Chase (admitted *pro hac vice*)

Brett L. Bakemeyer (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone:   (212) 819-8200
jessica.lauria@whitecase.com
cshore@whitecase.com
brian.pfeiffer@whitecase.com
ashley.chase@whitecase.com

brett.bakemeyer@whitecase.com
Thomas E Lauria (admitted *pro hac vice*)
Richard S. Kebrdle (admitted *pro hac vice*)
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone:   (305) 371-2700
tlauria@whitecase.com
rkebrdle@whitecase.com

Jason Zakia (admitted pro hac vice)
111 S Wacker Dr. Suite 5100
Chicago, IL 60606
Telephone: (312) 881-5400
jzakia@whitecase.com

*Attorneys for FTX Digital Markets, Ltd. and the Joint Provisional Liquidators of FTX Digital Markets Ltd. (in Provisional Liquidation)*

3