**Exhibit A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>                      Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD., FTX TRADING LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC.,<br><br>                      Plaintiffs,<br><br>                      -against-<br><br>FTX DIGITAL MARKETS LTD., BRIAN C. SIMMS, KEVIN G. CAMBRIDGE, and PETER GREAVES, and J. DOES 1–20<br><br>                      Defendants. | Adv. Pro. No. 23-50145 (JTD)<br><br>**Re: Adv. Docket Nos. 1, 3, 4 & \_\_\_** |

## ORDER GRANTING MOTION OF FTX DIGITAL MARKETS LTD. AND THE JOINT PROVISIONAL LIQUIDATORS TO DISMISS THE COMPLAINT OR, IN THE ALTERNATIVE, TO ABSTAIN FROM RULING ON COUNTS I-IV

Upon the *Motion of FTX Digital Markets Ltd. and the Joint Provisional Liquidators to Dismiss the Complaint or, in the Alternative, to Abstain from Ruling on Counts I-IV* (the "**Motion**");[2] and due and proper notice of the Motion having been provided; and the Court having reviewed the Motion, the Memorandum, any responses to the Motion, and any reply in further support of the Motion; and the Court having determined that the legal and factual bases set forth

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Chapter 11 Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

in the Motion and Memorandum establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Complaint is dismissed with prejudice.

3. The Defendants are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

4. This Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation of this Order.

RLF1 28981656v.1