| CASE NAME: *FTX Trading Ltd., et al.,* CASE NO: 22-11068 (JTD) | SIGN-IN SHEET | COURTROOM LOCATION: 5 DATE: 06/9/2023 at 9:30 a.m. (ET) |
|---|---|---|
| **Name** | **Law Firm/Company** | **Client Representing** |
| Brian D. Glueckstein | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Adam G. Landis | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| Matthew R. Pierce | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |

# SIGN-IN SHEET

**JUDGE:** Dorsey    **COURTROOM:** 5

**CASE NUMBER(S):** 22-11068 / 22-11217    **CASE NAME:** FTX Trading Ltd. / FTX Digital Markets Ltd.    **DATE:** 6/9/2023 (9:30 AM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ken Pasquale | Paul Hastings | Committee |
| Isaac Sasson | Paul Hastings | Committee |
| Caroline Diaz | Paul Hastings | Committee |
| Matt Lunn | Young Conaway | Committee |
| Rob Poppiti | Young Conaway | Committee |
| Jason Zakia | White & Case | JPL's |
| Paul Heath | Richards Layton | " |
| Jeff Sabin | Venable | Ad Hoc |
| Andrew Currie | " | " |
| Dan O'Brien | " | " |
| David Wender | Eversheds Sutherland (US) LLP | Ad Hoc Committee of Non-US Cust. of FTX.com |
| Erin Broderick | " | " |
| Matthew Harvey | Morris Nichols Arsht & Tunnell LLP | " |
| David L. Finger | Finger & Slanina, LLC | Media Defendant, |
| Katie Townsend | Reporters Committee | Media Intervenors |
| Juliet Sarkessian | U.S. Trustee | |

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Brendan | Schlauch | Joint Provisional Liquidators | Richards, Layton & Finger, P.A. |
| Ethan | Trotz | Creditor | Katten Muchin Rosenman LLP |
| Autumn | Highsmith | Texas State Securities Board | Texas Attorney General's Office |
| Lauren | Sisson | BlockFi | Haynes & Boone |
| Derek | Abbott | BlockFi | Morris, Nichols, Arsht & Tunnell LLP |
| Tamara | Mann | BlockFi | Morris, Nichols, Arsht & Tunnell LLP |
| Evanthea | Hammer | BlockFi | Morris, Nichols, Arsht & Tunnell LLP |
| Mia | Cooper | n/a (listen only) | Linklaters |
| Lauren | Walker | Willkie Farr & Gallagher | |
| Nicholas | Sabatino | Interested Party | Orrick, Herrington & Sutcliffe LLP |
| Evelyn | Meltzer | Paradigm Operations LP | Troutman Pepper |
| David | Kozlowski | FSL | Morrison Cohen LLP |
| Stanton | McManus | United States | |
| Rick | Anigian | BlockFi | Haynes and Boone |
| Lars | Hultgren | UCC | Jefferies |
| Seth | Shapiro | United States | U.S. Department of Justice |
| Meghana | Vunnamadala | Interested Party | |
| Nacif | Taousse | Interested Party | |
| Agatha | Koprowski | United States | |
| Joshua | Porter | Certain Customers | Entwistle & Cappucci LLP |
| Andrew | Entwistle | Certain Customers | Entwistle & Cappucci LLP |
| Robert | Cappucci | Certain Customers | Entwistle & Cappucci LLP |
| Sal | Lee | Certain Customers | Entwistle & Cappucci LLP |
| Emily | Holt | party in interest | |
| Rick | Pedone | party in interest | |
| Steve | Younger | party in interest | |
| Martin | Sosland | Evolve Bank & Trust | Butler Snow LLP |
| Daniel | Homrich | UCC | Jefferies |
| Jasmine | Ball | Paradigm | Debevoise & Plimpton LLP |
| Sean | Flynn | SSB, DOB, CPD | OFFICE OF THE ATTORNEY GENERAL |

| First | Last | Party | Firm |
|---|---|---|---|
| Michael | Morris | Wisconsin Department of Finan | Wisconsin Department of Justice |
| Alex | van Voorhees | GGC International Limited | |
| Brian | Petrozak | Multicoin | Multicoin |
| Arush | Sehgal | UCC | |
| David | Gerardi | DOJ-UST | DOJ-UST |
| Daniel | Carrigan | Farmington State Bank | Baker Donelson Bearman Caldwell & Berkowitz PC |
| Scott | Cousins | Evolve Bank & Trust | Cousins Law LLC |
| Michael | Small | Mercedes Benz Grand Prix Limit | Foley & Lardner LLP |
| Drew | Sveen | UCC | |
| Roma | Desai | State of Texas | Office of the Texas Attorney General |
| Howard | Williams | Self | |
| Eric | Meyer | Newton AC/DC Fund LP | ESM Management LLC |
| William | Sullivan | Word of God Fellowship, Inc. | Sullivan Hazeltine Allinson LLC |
| Layla | Milligan | Texas SSB, DOB | Office of the Texas Attorney General |
| Robert | Cook | self | |
| Gerardo | Vergara | Republican | FTX |
| Craig | Rasile | Interested Creditor | Winston & Strawn |
| Gabriela | Urias | observing | |
| Anh | Cao | FTX customer | |
| Maximiliano Serafín | Larriba Herranz | Customer | |
| Livio | Francescucci | Myself | |
| Jeffrey | Sponder | US Trustee | US Trustee |
| Peter | Sprofera | Self | |
| Candice | Korkis | BMO Financial Group | |
| Ellen | Bardash | ALM | |
| Andrew | Perry | Interested Party | |
| Steven | Church | non party | |
| Chad | Flick | n/a | |
| Ty | Kelly | Farmington State Bank | Baker Donelson Bearman Caldwell & Berkowitz PC |
| Nikolaos | Chagias | Party in Interest | |
| Sean | Lee | Party in interest | Simpson Thacher & Bartlett LLP |
| Gren | Day | Cantor Fitzgerald | Cantor Fitzgerald |
| randall | chase | associated press | associated press |
| Isaac | Foote | Chapter 11 Debtors | Sullivan & Cromwell LLP |

| | | | |
|---|---|---|---|
| Esther | Loh | FTX Trading Ltd. | Sullivan & Cromwell LLP |
| Nam | Luu | Debtors | Sullivan & Cromwell LLP |
| Nina | LaFleur | TBD | LaFleur Law Firm |
| Eduardo | Benito | Myself | |
| Mat | Laskowski | UCC | |
| Kris | Hansen | Official Committee of Unsecured | Paul Hastings LLP |
| Erez | Gilad | Official Committee of Unsecured | Paul Hastings LLP |
| Luc | Despins | Official Committee of Unsecured | Paul Hastings LLP |
| nama | lili | Creditors | Boring |
| Gaitana | Jaramillo | listen only | Reorg Research |
| Kyle | | Non-Debtor | |
| Julian | Beach | United States | |
| Leo | Acheson | myself | |
| Taylor | Harrison | Debtwire | |
| Therese | Scheuer | SEC (listen only) | |
| Alexander | Steiger | Brian C. Simms, Kevin G. Cambr | Richards, Layton & Finger, P.A. |
| Mark | Hurford | Celsius Network | A.M. Saccullo Legal, LLC |
| Caroline | Salls | BankruptcyData - media | |
| Jared | Kochenash | UCC | Young Conaway Stargatt & Taylor, LLP |
| Vince | Sullivan | Law360 | |
| Gihoon | Jung | Creditors | HoonLabs |
| Christopher | Brooks | AUSTIN ONUSZ, CEDRIC KEES VAN PUTTEN, NICHOLAS J. MARSHALL and HAMAD DAR | |
| Alexa | Kranzley | FTX Trading and its affiliated Debtors | |
| Edward | Schnitzer | Samuel Bankman-Fried | Montgomery McCracken Walker & Rhoads |
| Neil | Hartnell | The Tribune | The Tribune |
| Paige | Topper | Ad Hoc Committee of Non-US C | Morris, Nichols, Arsht & Tunnell LLP |
| John Shaffer | | Debtors | Quinn Emanuel |
| FTX 2.0 | REBOOT LALOOWN | FTX 2.0 REBOOT LALOOWN | FTX 2.0 REBOOT LALOOWN |
| Ahmed A | | self | |
| Shyam | Sreekumar | Shyam | |
| IONUT LUCIAN | FLOREA | FTX | FTX |
| Jonathan | Weyand | Ad Hoc Committee of Non-US C | Morris, Nichols, Arsht & Tunnell LLP |
| Angel | Wildschut | Angel Wildschut | |
| Henry | Curtis | Interested Party | |

| | | | |
|---|---|---|---|
| Bernard | Moiseevich | FTX account holder | |
| Barry | Meloen | None | |
| Mohanad | Almeshal | Unprotected Creditor | |
| jay | raj | creditors | |
| Vladimir | Jelisavcic | Cherokee Acquisition | |
| Rilwan | Adewoyin | Rilwan Adewoyin | |
| Geo | Groenewald | private | private |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Tom | Kalkstein | FDP | |
| Peter | Salyga | Creditor | |
| Nikhil | Khurana | Creditor | |
| HIKARI | MIZUNO | creditor | |
| Emily | Ross | EY | |
| Kumanan | Ramanathan | FTX | |
| David | Dawes | N/a | |
| KBO | Chambers | KBO Chambers | |
| Lucas | Zhuang | okx | |
| Melissa | Ramirez | Firm represents FTX Trading Ltd | Landis Rath & Cobb LLP |
| Jjj | Jjj | Jjj | |
| Xisos | Xksos | Sxjs | |
| Xisos | Xksos | Sjs | |
| Charles | Melvin | UCC | Wincent Investment Fund |
| Law | Clerk | Court | |
| Jack | Schickler | Media | CoinDesk |
| SONG | XU | rx | xuaid |
| Alexey | Frolov | Self | |
| Santiago | Marina | Lanin Pay SA de CV | |
| AL | AL | Victims | |
| Alexander | Lavrenchuk | Russia | Rus |
| Valentin | XyrioSs | Gay | Primony |
| Matt | Livingston | Certain Insurers | Foran Glennon |
| 袁 | 静 | | 9999 |
| Ryan | Hamilton | UCC | Jefferies |
| Marchelino | Widarsono | Joele Frank | Joele Frank |

| | | | |
|---|---|---|---|
| Roberto | Hernandez | Myself | |
| Ryan | Beil | FTX DM | |
| kanghee | lee | tyjy | jtyjy |
| Laura | Haney | Court | |
| Lucie | Stern | joele frank | |
| Guvenc | Alkan | Creditor | |
| Hugh | Bellamy | N/A | |
| Артем | Янковський | Ukraine | Artem |
| Andrew | Scurria | Wall Street Journal | |
| 炜 | 崔 | 12345678 | |
| Elizabeth | Napolitano | Press | CoinDesk |
| Magali | Duque | Observing | |
| Ryan | Levine | _ | |
| Matthew | Lepow | Genesis | |
| José pedro pinho | Bastos | Myself | |
| alex | tahmizian | Me | |
| Keith | McCormack | interested party | CCM |
| Emily | MacKay | Paradigm | |
| Daniel | Zwart | State of Texas | Tex. Atty. Gen. |
| Brett | Lyons | N/A | |
| James | Corcoran | AREX Capital | AREX Capital |
| Emily | Lever | journalist | |
| Ihsan | Ali | Ihsan | |
| Ezra | Serrur | Serrur & Co. LLC | Serrur & Co. LLC |
| Alexander | Saeedy | WSJ | |
| Jamie | hayes | Jamie Hayes | |
| Dario | Piantanida | Creditor | |
| wes | xia | OKX | |
| Justus | Kim | Na | |
| Масим | Капралов | client | max |
| Isa | Acar | Myself | |
| Tasha | Drake | EY | |
| Nicole | George | Ftx.us | |
| Atilla | Yildirim | Skkerk | Atilla |

| | | | |
|---|---|---|---|
| Kadhim | Shubber | Na | Na |
| Kara | | All | Kara |
| John | Mallon | Self | |
| Thaneswar | Sarania | FTX Customer | |
| Richard | Archer | Law360 | |
| Leonie | Koch | Official Committee of Unsecure | Paul Hastings |
| Max | Linder | None | |
| Christian | Hodges | Debtors | Sullivan & Cromwell LLP |
| Jack | Matthews | N/a | |
| Luke | Howard | Self | |
| Brayden | Lindrea | Cointelegraph | Cointelegraph |
| Remy | CHARRAS | FTX Creditor | None |
| zx | xx | ? | |
| Jay | Kumar | Not FTX | |
| Gabriel | T | Me | |
| Aziz | Nawaz | Self | |
| Canochas | Crypto | Me | |
| Özgür Yaşa | Doğanay | Ben | Özgür Yaşa Doğanay |
| Steven | Ferguson | DatPixel Entertainment Inc. | |
| Rohan | Kumar | Ftx | |
| David | Queroli | Bahamas JPLs | |
| Negisa | Balluku | N/A | Bloomberg |