# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD., FTX TRADING LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC., | |
| Plaintiffs, | |
| -against- | Adv. Pro. No. 23-50145 (JTD) |
| FTX DIGITAL MARKETS LTD., BRIAN C. SIMMS, KEVIN G. CAMBRIDGE, and PETER GREAVES, and J. DOES 1–20 | |
| Defendants. | |

## ORDER PERMITTING INTERVENTION
## BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Upon the request of the Official Committee of Unsecured Creditors of FTX Trading Ltd, *et al.* (the "Committee") for entry of an order, pursuant to section 1109(b) of title 11 of the United States Code and Rule 24 of the Federal Rules of Civil Procedure, made applicable to the above-captioned adversary proceeding (the "Adversary Proceeding") by Rule 7024 of the Federal Rules of Bankruptcy Procedure, permitting the Committee to intervene as a Plaintiff in the

---

[1] The last four digits of Alameda Research LLC's tax identification number is 4063. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Adversary Proceeding; and all parties to the Adversary Proceeding having consented to the Committee's intervention in the Adversary Proceeding on the terms set forth in this Order; and the Court finding that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that the relief requested is appropriate and that no other or further notice of the relief provided for herein is necessary under the circumstances;

IT IS HEREBY ORDERED THAT:

1. The Committee is permitted to intervene as a Plaintiff in the Adversary Proceeding, and shall be deemed to have so intervened and to have adopted the Amended Complaint, dated June 14, 2023 [Adv. Dkt. No. 18], as if separately filed and served upon Defendants by the Committee.

2. The Committee shall coordinate with the other Plaintiffs to minimize duplication of efforts in connection with the Adversary Proceeding as the Committee reasonably deems practical under the circumstances, including with respect to the service of discovery requests.

3. This Order shall become effective immediately upon its entry.

4. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order, including with respect to the requirements of paragraph 2.

Dated: June 23rd, 2023  
Wilmington, Delaware

JOHN T. DORSEY  
UNITED STATES BANKRUPTCY JUDGE