# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD., FTX TRADING LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC.,<br><br>　　　　　Plaintiffs,<br><br>-against-<br><br>FTX DIGITAL MARKETS LTD., BRIAN C. SIMMS, KEVIN G. CAMBRIDGE, and PETER GREAVES, and J. DOES 1–20,<br><br>　　　　　Defendants. | Adv. Pro. No. 23-50145 (JTD) |

## NOTICE OF SERVICE

　　　　PLEASE TAKE NOTICE that on June 27, 2023, a true and correct copy of *Debtors' First Request for Production of Documents to Defendants FTX Digital Markets and the Joint Provisional Liquidators of FTX Digital Markets Ltd.* was caused to be served upon the following counsel in the manner indicated below.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0071428.}

<table>
<tr><td>

**Via Electronic Mail**
Kevin Gross
Paul N. Heath
Brendan J. Schlauch
David T. Queroli
RICHARDS, LAYTON
& FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
gross@rlf.com
heath@rlf.com
schlauch@rlf.com
queroli@rlf.com

</td><td>

**Via Electronic Mail**
Jessica C. Lauria
J. Christopher Shore
Brian D. Pfeiffer
Brett L. Bakemeyer
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
jessica.lauria@whitecase.com
cshore@whitecase.com
brian.pfeiffer@whitecase.com
brett.bakemeyer@whitecase.com

</td></tr>
<tr><td>

**Via Electronic Mail**
Mark Franke
WHITE & CASE LLP
75 State Street
Boston, MA 02109
mark.franke@whitecase.com

</td><td>

**Via Electronic Mail**
Thomas E Lauria
Richard S. Kebrdle
WHITE & CASE LLP
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
tlauria@whitecase.com
rkebrdle@whitecase.com

</td></tr>
</table>

Dated: June 28, 2023
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: pierce@lrclaw.com

*Counsel for the Debtors and Debtors-in-Possession*